FILED

12/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0388

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| ROCK CREEK CATTLE COMPANY, Ltd. LP,<br><br>      Plaintiff/Appellant,<br><br>vs.<br><br>POWELL COUNTY,<br><br>      Defendant/Appellee. | Cause No.:  DA 22-0388<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Joint Stipulation for Dismissal with Prejudice filed by Plaintiff Rock Creek Cattle Company, Ltd., LP and Defendant Powell County and good cause appearing therefor;

IT IS HEREBY ORDERED that this appeal is DISMISSED WITH PREJUDICE, with all parties bearing their own attorneys' fees and costs.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 28 2022